UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
C.C., an infant by her Mother and :
Natural Guardian, CATHERINE :
CANGIALOSI and CATHERINE :
CANGIALOSI, individually, :
              Plaintiffs, : **ORDER**
                       :
v. : 18 CV 11738 (VB)
                       :
IMPERIAL TOY LLC and TARGET :
CORPORATION, :
              Defendants. :
------------------------------------------------------x



       On November 27, 2019, the Court received notice that defendant Imperial Toy LLC filed a Chapter 11 Voluntary Petition for bankruptcy in the United States Bankruptcy Court for the Northern District of California. See In re Imperial Toy LLC, No. 19-52335 (Bankr. N.D. Cal.).

       Accordingly, it is HEREBY ORDERED:

       1.     All claims against defendant Imperial Toy LLC are stayed pursuant to 11 U.S.C. § 362.

       2.     Defendant Target Corporation is not in bankruptcy, and the Court sees no reason to stay the action as to that defendant. Accordingly, plaintiffs' claims against Target shall proceed.

       3.     By March 31, 2020, and every 120 days thereafter, defense counsel shall update the Court regarding the status of the bankruptcy proceeding.

       The Clerk is instructed to terminate the letter motion. (Doc. #36).

Dated: November 27, 2019
       White Plains, NY

                                                     SO ORDERED:

                                                     _____
                                                     Vincent L. Briccetti
                                                     United States District Judge