UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
C.C., an infant by her Mother and Natural
Guardian, CATHERINE CANGIALOSI, and
CATHERINE CANGIALOSI Individually,

                                             ORDER
                  Plaintiff,

v.                                             18-cv-11738 (PMH)

IMPERIAL TOY LLC and TARGET
CORPORATION,

                  Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This case was recently reassigned to me. The case management conference scheduled for May 6, 2020 at 9:30 a.m. will be held telephonically. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

      Defense counsel is directed to file a letter via ECF concerning the status of the bankruptcy proceeding by April 29, 2020.

SO-ORDERED:

Dated: New York, New York
       April 21, 2020

                                                    _____
                                                   Philip M. Halpern
                                                   United States District Judge