UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CATHERINE CANGIALOSI, et al.,

                  Plaintiffs,

      – against –                              18 CV 11738 (LMS)

TARGET CORP., et al.,                              __ORDER__

                  Defendants.

---

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

      The undersigned has reviewed Plaintiffs' counsel's submissions supporting its proposed infant compromise order in this case. ECF Nos. 53-56. These submissions include unredacted references to the infant in this case, whose identity is confidential pursuant to the local rules, and sensitive medical records. For that reason, the undersigned respectfully requests the Clerk of Court to restrict access to ECF Nos. 54 and 56 to the parties in this case and their attorneys. If refiling of any of these materials becomes appropriate, counsel is directed to refer to the undersigned's individual rules with regards to electronically filing documents under seal.

Dated: August 5, 2020
       White Plains, New York       **SO ORDERED,**

                                           Lisa Margaret Smith
                                           United States Magistrate Judge
                                           Southern District of New York

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c) on July 15, 2020. ECF No. 51.